DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REGINALD S. WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1881

_____

March 15, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Reginald S. White, pro se.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

MORRIS, Judge.

Reginald White appeals an order dismissing without prejudice his motion for writ of replevin filed in his underlying criminal case. We affirm without prejudice to any right White may have to file a complaint in civil court that satisfies the requirements of section 78.055, Florida Statutes (2024).

Affirmed.

SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————————————

Opinion subject to revision prior to official publication.